IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HOPE K. WILLIAMS; ANNIE GIBBS; )
OLIN B. KICKLIGHTER, III, and  )
the ESTATE OF OLIN B. GIBBS,   )
JR., Deceased,                 )
                               )
            Plaintiffs,        )       8:13CV287
                               )
      v.                       )
                               )
MARTIN FEENEY, Individually    )         ORDER
and FEENEY XPRESS TRANSPORT;   )
BARY FRANKLIN, individually,   )
and RANCHERO, LLC,             )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the motion of Ted L. Perryman and Jason D. Guerra of Roberts Perryman, P.C., to withdraw as counsel for defendants Ranchero, LLC and Bary Franklin (Filing No. 29).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the motion of Ted L. Perryman and Jason D. Guerra of Roberts Perryman, P.C., to withdraw as counsel for defendants Ranchero, LLC and Bary Franklin is granted.  The clerk of court shall remove said counsel from the CM/ECF system.

DATED this 27th day of September, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court