IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| HOPE K. WILLIAMS; ANNIE GIBBS; OLIN B. KICKLIGHTER, III, and the ESTATE OF OLIN B. GIBBS, JR., Deceased,<br><br>        Plaintiffs,<br><br>    v.<br><br>MARTIN FEENEY, Individually and FEENEY XPRESS TRANSPORT; BARY FRANKLIN, individually, and RANCHERO, LLC,<br><br>        Defendants. | 8:13CV287<br><br>ORDER |

      This matter is before the Court on the motion of D. William Porter to withdraw as counsel for defendants Martin Feeney and Feeney Xpress Transport, Inc. (Filing No. 32). The Court finds the motion should be granted. Accordingly,

      IT IS ORDERED that the motion of D. William Porter to withdraw as counsel for defendants Martin Feeney and Feeney Xpress Transport, Inc. is granted. The clerk of court shall remove said counsel from the CM/ECF system.

      DATED this 30th day of September, 2013.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court