IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HOPE K. WILLIAMS, As independent administrator of the Estate of her father, Olin B. Kicklighter, Jr.; <br><br>         Plaintiff, <br><br>    vs. <br><br> MARTIN FEENEY, BARY FRANKLIN, RANCHERO, LLC,  FEENEY XPRESS TRANSPORT, Inc.; <br><br>         Defendants. | 8:13CV287 <br><br> ORDER |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 44).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, December 4, 2013, at 8:15 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

Dated this 12th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court