```
          IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

HOPE K. WILLIAMS; ANNIE GIBBS;)
OLIN B. KICKLIGHTER, III, and )
the ESTATE OF OLIN B. GIBBS,  )
JR., Deceased,                )
                              )
          Plaintiffs,         )         8:13CV287
                              )
     v.                       )
                              )
MARTIN FEENEY, Individually   )           ORDER
and FEENEY XPRESS TRANSPORT;  )
BARY FRANKLIN, individually,  )
and RANCHERO, LLC,            )
                              )
          Defendants.         )
_____)
```

This matter is before the Court on the motion of plaintiffs to remove George S. Bellas as counsel of record (Filing No. 42).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that plaintiffs' motion to remove George S. Bellas as counsel of record is granted.  The clerk of court shall remove said counsel from the CM/ECF system.

DATED this 20th day of November, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court