IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HOPE K. WILLIAMS; ANNIE GIBBS;  )
OLIN B. KICKLIGHTER, III, and   )
the ESTATE OF OLIN B. GIBBS,    )
JR., Deceased,                  )
                                )
          Plaintiffs,           )        8:13CV287
                                )
     v.                         )
                                )
MARTIN FEENEY, Individually     )          ORDER
and FEENEY XPRESS TRANSPORT;    )
BARY FRANKLIN, individually,    )
and RANCHERO, LLC,              )
                                )
          Defendants.           )
_____)
```

This matter is before the Court on the motion of Patrick V. Ortman to withdraw as counsel of record (Filing No. 64). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion of Patrick V. Ortman to withdraw as counsel of record for defendants Feeney Xpress Transport, Inc., and Martin Feeney is granted. The clerk of court shall remove said counsel from the CM/ECF system.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court