IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HOPE K. WILLIAMS as          )
Independent Administrator of )
the Estate of her Father,    )
OLIN B. GIBBS, JR., Deceased,)
                             )
              Plaintiff,     )          8:13CV287
                             )
        v.                   )
                             )
MARTIN FEENEY, Individually  )          ORDER
and FEENEY XPRESS TRANSPORT; )
BARY FRANKLIN, individually, )
and RANCHERO, LLC,           )
                             )
              Defendants.    )
_____)
```

This matter is before the Court on defendants' motion for extension of time to file brief in opposition (Filing No. 61).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that defendants' motion is granted; defendants shall have until April 1, 2014, to file their brief in opposition to plaintiff's motion to compel.

DATED this 31st day of March, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court