IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
HOPE K. WILLIAMS as              )
Independent Administrator of     )
the Estate of her Father,        )
OLIN B. GIBBS, JR., Deceased,    )
                                 )
            Plaintiff,           )         8:13CV287
                                 )
       v.                        )
                                 )
MARTIN FEENEY, Individually      )         ORDER
and FEENEY XPRESS TRANSPORT;     )
BARY FRANKLIN, individually,     )
and RANCHERO, LLC,               )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on the joint motion of the parties to extend *Daubert* motion deadline (Filing No. 77). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; the parties shall have until October 1, 2014, to file motions concerning the qualifications of an expert or the admissibility of testimony of an expert witness.

DATED this 11th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court