IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOPE KICKLIGHTER WILLIAMS as Independent Administrator of the Estate of her Father, OLIN B. KICKLIGHTER, JR., Deceased, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:13CV287 |
| v. | ) ) | |
| MARTIN FEENEY, Individually and FEENEY XPRESS TRANSPORT; BARY FRANKLIN, individually, and RANCHERO, LLC, | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to reconsider joint motion to continue and request for expedited hearing and oral argument (Filing No. 124). After telephonic conference with counsel,

IT IS ORDERED:

1) The request for expedited hearing and oral argument was granted.

2) A further telephonic conference with the undersigned is scheduled for:

**Monday, April 27, 2015, at 9 a.m. (CDT)**

to further discuss whether the trial will be rescheduled. The call will be initiated by Chambers.

DATED this 23rd day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court