```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

HOPE K. WILLIAMS as              )
Independent Administrator of     )
the Estate of her Father,        )
OLIN B. GIBBS, JR., Deceased,    )
                                 )
              Plaintiff,         )          8:13CV287
                                 )
         v.                      )
                                 )
MARTIN FEENEY, Individually      )          ORDER
and FEENEY XPRESS TRANSPORT;     )
BARY FRANKLIN, individually,     )
and RANCHERO, LLC,               )
                                 )
              Defendants.        )
_____)
```

This matter is before the Court on a joint stipulation (Filing No. 102) submitted by the parties wherein defendants Ranchero L.L.C. and Bary Franklin ("the Ranchero Defendants") agreed to withdraw their motion for hearing (Filing No. 95). The stipulation will be approved and adopted.

The Ranchero Defendants filed a motion (Filing No. 97) for an order sealing the affidavit of Randall L. Goyette filed pursuant to the Index of Evidence (Filing No. 96) in support of the now withdrawn motion for hearing (Filing No. 95). In addition, Ranchero Defendants requested that the Court allow them to substitute an unredacted Affidavit of Randall L. Goyette (Filing No. 96-1) with an redacted Affidavit of Randall L. Goyette containing redacted exhibits (Filing No. 97-1) and to

seal the unredacted Affidavit of Randall L. Goyette (Filing No. 96-1). Because the motion pertaining to this index is now withdrawn (Filing No. 95), the issue of substitution is moot. The unredacted Affidavit of Randall L. Goyette (Filing No. 96-1) is already sealed, and the motion to seal this document will be granted.

In a third matter, the parties submitted a joint stipulation (Filing No. 101) which was not fully executed by all parties. The unexecuted joint stipulation (Filing No. 101) will be deemed moot.

IT IS ORDERED:

1) The Court approves and adopts the parties' joint stipulation (Filing No. 102) to the extent the Ranchero Defendants' withdraw their motion (Filing No. 95). The motion (Filing No. 95) is deemed withdrawn.

2) Defendant's motion (Filing No. 97) to seal the unredacted document (Filing No. 96-1) is granted.

3) Defendant's motion (Filing No. 97) to substitute and replace the Index of Evidence and Affidavit of Randall L. Goyette (Filing No. 96-1) with the Affidavit of Randall L. Goyette (Filing No. 91-1) is denied as moot.

      4)    The parties' joint stipulation (Filing No. 101) is deemed moot.

      DATED this 18th day of May, 2015.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court