IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HOPE K. WILLIAMS as ) <br> Independent Administrator of ) <br> the Estate of her Father, ) <br> OLIN B. GIBBS, JR., Deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARTIN FEENEY, Individually ) <br> and FEENEY XPRESS TRANSPORT; ) <br> BARY FRANKLIN, individually, ) <br> and RANCHERO, LLC, ) <br> ) <br> Defendants. ) <br> _____) | | 8:13CV287 <br><br><br><br><br><br><br><br> ORDER AND JUDGMENT |

This matter is before the Court on the stipulation and joint motion for judgment of dismissal (Filing No. 157). The Court finds the stipulation should be approved and adopted and the motion should be granted. Accordingly,

IT IS ORDERED:

1) The stipulation of the parties is approved and adopted;

2) The motion for judgment of dismissal is granted. Plaintiff's third amended original complaint and all causes of

action stated therein against the defendants are dismissed with prejudice, each party to pay their own costs.

DATED this 29th day of July, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court